## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris-Smith, Rita

Printed:  6/3/08

Case Number:  06 B 08329
Judge:  Wedoff, Eugene R
Filed:  7/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  April 17, 2008
Confirmed:  August 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,013.00 |  |
| Secured: |  | 8,541.48 |
| Unsecured: |  | 630.12 |
| Priority: |  | 964.49 |
| Administrative: |  | 1,274.00 |
| Trustee Fee: |  | 602.91 |
| Other Funds: |  | 0.00 |
| Totals: | 12,013.00 | 12,013.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Angela Koconis-Gibson | Administrative | 1,274.00 | 1,274.00 |
| 2. | Fairfield Resorts | Secured | 0.00 | 0.00 |
| 3. | Sherwin Williams Emp CU | Secured | 9,623.03 | 8,541.48 |
| 4. | Illinois Dept of Revenue | Priority | 10,127.18 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,678.40 | 964.49 |
| 6. | Ford Motor Credit Corporation | Unsecured | 16,019.86 | 630.12 |
| 7. | B-Real LLC | Unsecured | 846.42 | 0.00 |
| 8. | Capital One | Unsecured | 1,638.88 | 0.00 |
| 9. | B-Line LLC | Unsecured | 2,577.65 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 114.36 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 773.21 | 0.00 |
| 12. | Capital One | Unsecured | 736.83 | 0.00 |
| 13. | Illinois Dept Of Human Services | Unsecured | 2,628.37 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 785.36 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 125.40 | 0.00 |
| 16. | FCNB Master Trust | Unsecured | 899.36 | 0.00 |
| 17. | Plains Commerce Bank | Unsecured | 134.92 | 0.00 |
| 18. | Fairshare Vacation Owner | Unsecured | 1,565.40 | 0.00 |
| 19. | ARG Incorporated | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 22. | First National Bank | Unsecured | | No Claim Filed |
| 23. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 24. | Household Bank FSB | Unsecured | | No Claim Filed |
| 25. | Visa | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris-Smith, Rita

Printed:  6/3/08

Case Number:  06 B 08329

Judge:  Wedoff, Eugene R

Filed:  7/13/06

| | | | |
|---|---|---|---|
| 26.  Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| | | $ 51,548.63 | $ 11,410.09 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 366.39 |
| 5.4% | 236.52 |
| | $ 602.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: